**JUDGE NORGLE**
**MAGISTRATE JUDGE SCHENKIER**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hav vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number |
|---|---|
| Marc S. Allen on behalf of himself and all other Plaintiffs similary situated known and unknown.  v  City-Beverage, L.L.C., and Michael Dowd, individually | **08 C 861** |

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:**

**PLAINTIFF**

| | |
|---|---|
| NAME | JOHN W. BILLHORN |
| SIGNATURE | *s/ John W. Billhorn* |
| FIRM | BILLHORN LAW FIRM |
| STREET ADDRESS | 515 N. State Street / Suite 2200 |
| CITY/STATE/ZIP | Chicago, IL 60610 |
| IDENTIFICATION NUMBER | ARDC # 6196946 |
| TELEPHONE NUMBER | (312) 464-1450 |
| FAX NUMBER: | (312) 464-1459 |
| EMAIL ADDRESS: | jbillhorn@billhornlaw.com |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRAIL ATTORNEY? | X | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐



**FILED**
**FEBRUARY 8, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**JH**