IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MARC S. ALLEN** on behalf of himself and all other plaintiffs known and unknown, )<br><br>Plaintiff )<br><br>v. )<br><br>**CITY-BEVERAGE, L.L.C., AND MICHAEL DOWD, INDIVIDUALLY** )<br><br>Defendants ) | **No.** 08 CV 0861<br><br>Honorable Judge Norgle<br><br>Magistrate Judge Schenkier<br><br>***JURY DEMAND*** |

### NOTICE OF FILING

TO:  Rebecca Pratt Bromet, et al
   Seyfarth Shaw LLP
   131 S. Dearborn Street, Suite 2400
   Chicago, Illinois  60603

   PLEASE TAKE NOTICE that on March 12, 2008, I shall cause to be filed with the Clerk of the United States District Court located at the Everett Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, **Executed Summons of Defendant City-Beverage, L.L.C., and Executed Summons of Defendant Michael Dowd**, a copy of which is attached hereto.

                    s/ John W. Billhorn
                    *Electronic Filed 3/12/08*
                    _____
                    John W. Billhorn

### CERTIFICATE OF SERVICE

   The undersigned hereby states under oath, that on March 12, 2008, he caused to be served upon the party as noted of record shown above, the pleading referenced herein by Regular U.S. Postal Service from 515 N. State Street, Chicago, Illinois, postage paid.

                    s/ John W. Billhorn
                    _____
                    John W. Billhorn

BILLHORN LAW FIRM
515 N. State Street / Suite 2200
Chicago, IL 60610

1