# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Marc S. Allen

                              Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−00861
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Charles R. Norgle Sr.

City−Beverage, L.L.C., et al.

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, July 22, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr:Status hearing held on 7/22/2008. Counsel to file agreed discovery schedule or plan within 7 days. Status hearing on settlement continued to 8/15/2008 at 9:30 a.m. Mailed notice(ewf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.